```
SHARON POWERS HUNT              MERRICK BANK CORP
234 WOODLAKE DR                 PO BOX 9201
BRANDON, MS 39047               OLD BETHPAGE, NY 11804



THOMAS C. ROLLINS, JR.          PENNYMAC LOAN SERVICES
THE ROLLINS LAW FIRM, PLLC      PO BOX 514387
P.O. BOX 13767                  LOS ANGELES, CA 90051
JACKSON, MS 39236


AFFIRM, INC.                    SYNCHRONY BANK
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
650 CALIFORNIA ST               PO BOX 965060
 FL 12                          ORLANDO, FL 32896
SAN FRANCISCO, CA 94108


CAPITAL ONE                     TRUIST FINANCIAL
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
P.O. BOX 30285                  214 NORTH TRYON STREET
SALT LAKE CITY, UT 84130        CHARLOTTE, NC 28202


CREDIT COLL                     US ATTORNEY GENERAL
ATTN: BANKRUPTCY                US DEPT OF JUSTICE
725 CANTON STREET               950 PENNSYLVANIA AVENW
NORWOOD, MA 02062               WASHINGTON, DC 20530-0001


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201


LVNV FUNDING
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29603
```