**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: SHARON POWERS HUNT                 CASE NO.: 25-02519-JAW
                                          CHAPTER: 7

**ENTRY OF APPEARANCE**

I, Kimberly D. Putnam, appearing in the above entitled and numbered proceeding on behalf

of PennyMac Loan Services, LLC, hereby request that it be placed on the mailing matrix and made a

part of the record of this proceeding and that she be notified of all matters relevant to this case.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For PennyMac Loan Services, LLC
Date: October 31, 2025.

## <u>CERTIFICATE OF SERVICE</u>

I, Kimberly D. Putnam, hereby certify that I have notified the following interested parties of

the Entry of Appearance filed herein:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com

Eileen N. Shaffer
Trustee
eshaffer@eshaffer-law.com

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Entry of Appearance

filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this

day October 31, 2025.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(3l8) 330-9020

<u>/s/ Kimberly D. Putnam</u>
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For PennyMac Loan Services, LLC
Date: October 31, 2025