Certificate Number: 17082-MSS-DE-040477403

Bankruptcy Case Number: 25-02519



17082-MSS-DE-040477403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2026, at 12:51 o'clock PM MST, SHARON P HUNT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   January 6, 2026               By:   /s/Orsolya K Lazar

                                      Name:   Orsolya K Lazar

                                      Title:   Executive Director